UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL PERKINS et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>LINKEDIN CORPORATION,<br><br>     Defendant. | Case No. 13-CV-04303-LHK<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO RELATE** |

On April 22, 2015, LinkedIn filed an administrative motion to relate *Lea v. LinkedIn Corp.*, No. 15-CV-00236-EJD, to the above-captioned action, *Perkins et al. v. LinkedIn Corp.*, No. 13-CV-04303-LHK. ECF No. 81. The Court finds that the cases are not related and therefore DENIES the motion to relate. The administrative motion was filed only on the *Perkins* docket, but a copy of this Order shall be filed in both case dockets.

**IT IS SO ORDERED.**

Dated: April 29, 2015

_____
LUCY H. KOH
United States District Judge