JAMES C. SHAH (SBN 260435)
ROSE F. LUZON (SBN 221544)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
One California Street, Suite 900
San Francisco, California, 94111-5401
Telephone:    (415) 429-5272
Facsimile:    (866) 300-7367
Email:  jshah@sfmslaw.com
        rluzon@sfmslaw.com

STEVEN A. SCHWARTZ
TIMOTHY N. MATHEWS
CHRISTINA D. SALER
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone:    (610) 642-8500
Facsimile:    (610) 649-3633
Email:  steveschwartz@chimiclesc.om
        timothymathews@chimiclesc.om
        cds@chimiclesc.om

*Attorneys for Plaintiff and the Proposed Class*

**GRANTED**
*Judge Edward J. Davila*
(Seal: United States District Court, Northern District of California)

The Clerk shall close this file.
8/24/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BRANTON LEA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> LINKEDIN CORPORATION, <br><br> Defendant. | Case No. 15-cv-00236 NC <br><br> Judge:   Hon. Edward J. Davila |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Branton Lea, by and through his counsel, hereby voluntarily dismisses the above-captioned action with prejudice with each side to bear its own costs.

| | | |
|---|---|---|
| Dated:  August 22, 2015 | | SHEPHERD, FINKELMAN, MILLER & SHAH, LLP |
| | | JAMES C. SHAH |
| | | |
| | | CHIMICLES & TIKELLIS LLP |
| | | STEVEN A. SCHWARTZ |
| | | TIMOTHY N. MATHEWS |
| | | CHRISTINA D. SALER |
| | By: | /s/ *James C. Shah* |
| | | JAMES C. SHAH |

-2-
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. 15-CV-00236 NC

27790473.1